Filed 6/24/20

# IN THE SUPREME COURT OF CALIFORNIA

THE PEOPLE,

Plaintiff and Respondent,

v.

ALFRED FLORES III,

Defendant and Appellant.

S116307

San Bernardino County Superior Court

FVA-015023

---

## ORDER MODIFYING OPINION

THE COURT:

The opinion in this matter filed May 4, 2020, and appearing at 9 Cal.5th 371, is modified as follows:

On page 417, replace the words "To protect suspects' Fifth and Sixth Amendment rights" with "To protect suspects' Fifth Amendment rights."

This modification does not affect the judgment.

Defendant's May 20, 2020, request for further service is denied.